IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Linda H. Thomas,                           ) | C/A No.: 1:10-1549-RBH-SVH |
| Plaintiff, ) | |
| vs. ) | ORDER |
| Michael J. Astrue, ) | |
| Commissioner of Social Security, ) | |
| Defendant. ) | |

Defendant, Michael J. Astrue, Commissioner of Social Security, by his attorney, the Assistant United States Attorney for the District of South Carolina, has moved this court, pursuant to sentence six of 42 U.S.C. § 405(g), for an order remanding this case to the Commissioner because the medical records were not admitted into the administrative hearing record and a complete transcript cannot be prepared. Counsel for Plaintiff has indicated Plaintiff consents to the motion.

Therefore, Defendant's motion to remand to the Commissioner is granted, pursuant to sentence six of 42 U.S.C. § 405(g), and the Commissioner shall remand the claim to an Administrative Law Judge for identification and clarification of the medical evidence upon which the issue of disability is determined.

IT IS SO ORDERED.

*Shiva V. Hodges*

October 19, 2010  
Florence, South Carolina

Shiva V. Hodges  
United States Magistrate Judge