IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| LINDA H. THOMAS, | ) | |
| | ) | C/A No. 1:10-cv-01549-RBH |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Upon consideration of Defendant's Unopposed Motion for Entry of Judgment and the attached fully favorable ALJ decision, it is hereby ordered that Judgement for Plaintiff is entered pursuant to Fed. R. Civ. P. 58(b).

**AND IT IS SO ORDERED.**

<u>s/R. Bryan Harwell</u>
R. Bryan Harwell
United States District Judge

July 20, 2012.

Florence, South Carolina.